UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>　　v.<br><br>LAWRENCE CONTRERAS,<br><br>　　　　Defendant.<br>_____/ | No. C11-0788 EMC<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been assigned to the Honorable Edward M. Chen for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a **Case Management Conference shall be held in this case on May 4, 2011**, at **1:30 p.m.** in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. **However, the parties are required to appear in court at 1:00 p.m., 30 minutes prior to the Case Management Conference, to discuss the case with one another including disclosure of relevant information and any possibilities for settlement.**

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. Pursuant to Civil Local Rule 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than **April 27, 2011.** If any party is proceeding without counsel, separate statements may be filed by each party.

A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before consideration of the merits or any motion filed by either party. Accordingly, the parties are instructed to sign and return the one of the enclosed forms no later than **April 15, 2011**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

1 | All documents filed with the Clerk of the Court shall list the civil case number followed only
2 | by the initials "**EMC**."  One copy shall be clearly marked as a chambers copy.
3 | IT IS SO ORDERED.
4 | Dated:  March 29, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  No. C11-0788 EMC

     Plaintiff,

  v.

LAWRENCE CONTRERAS,

     Defendant.

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____       _____
                                                                   Signature
                                                                   Counsel for: _____
                                                                   (Name of party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          No. C11-0788 EMC

       Plaintiff,
   v.

LAWRENCE CONTRERAS,

       Defendant.
_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

     The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____      _____
                                                        Signature
                                                        Counsel for _____
                                                        (Name of party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | Case Number: CV11-00788 EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LAWRENCE CONTRERAS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Contreras
2535 Kelly Street, #7
Hayward, CA 94541

Dated: March 29, 2011

*Betty Lee*

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk