1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff
5  United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 **UNITED STATES OF AMERICA**,         )   Case No. C 11-0788 EMC
                                          )
13                        Plaintiff,      )   **PLAINTIFF'S UPDATED CASE**
                                          )   **MANAGEMENT STATEMENT**  ; ORDER
14      v.                                )
                                          )   Date : May 4, 2011
15                                        )   Time : 1:30 P. M.
                                          )   Place: Magistrate Judge Edward M. Chen
16 **LAWRENCE CONTRERAS**,                )   Courtroom C
                                          )   450 Golden Gate Avenue
17                                        )   San Francisco, CA
   _____Defendant.   )
18

19      **Plaintiff submits its updated Case Management Statement in the above**

20 **entitled matter as follows.**

21      Defendant faxed the following message to me requesting that I relay it to the court.

22      "I am hereby requesting a continuence for (illegible word) case management

23 conference to June 1 or June 8, 2011.  The reason for this request is that I have been

24 scheduled for surgery on 5 May 11 and I will be in the hospital on the previously scheduled

25 4 May 11 date".

26      The defendant also sent me his signed CONSENT TO PROCEED BEFORE A

27 UNITED STATES MAGISTRATE JUDGE, and requested that I file it, which I do

28 concurrently herewith.

Plaintiff updated CMC Statement; U.S. v CONTRERAS CAND #  C11-0788 M EMC

1   Plaintiff has no objection to the requested continuance.

2   Further, this is to correct the Certificate of Service attached to the PLAINTIFF'S SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT that I filed and served April 21, 2011.  The certificate of service erroneously stated that I served the **COUNTER DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO COUNTER CLAIM FOR DAMAGES AND EQUITABLE RELIEF OF TODD B. VANCE**, when in fact it was the PLAINTIFF'S SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT that I served on the defendant.  I apologize for the error.

April 22, 2011            _____s/s_____
                          M. COSENTINO, Counsel for the U.S.

IT IS SO ORDERED that the Case Management Conference is reset from May 4, 2011 at 1:30 p.m. to June 8, 2011 at 1:30 p.m.  A Joint Case Management Conference Statement shall be filed by June 1, 2011.

_____
Edward M. Chen
U.S. Magistrate Judge

Dated: 4/26/11



**CERTIFICATE OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is: 1070 Marina Village Parkway, Suite #206, Alameda, CA 94501.

On April 22, 2011, I served the

**PLAINTIFF'S UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office box at Alameda, California addressed as follows:

Lawrence Contreras
2535 Kelly Street, #7
Hayward, CA 94541

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2011, at Alameda, California.

                ___s/s___
                MICHAEL COSENTINO