1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff
5  United States of America

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11
   **UNITED STATES OF AMERICA**,        )   Case No. C 11-0788 EMC
12                                      )
                       Plaintiff,       )   **PLAINTIFF'S UPDATED CASE**
13                                      )   **MANAGEMENT STATEMENT** ; ORDER
                                        )
14         v.                           )
                                        )   Date : June 8, 2011
15                                      )   Time : 1:30 P. M.
                                        )   Place: Magistrate Judge Edward M. Chen
16 **LAWRENCE CONTRERAS**,              )   Courtroom C
                                        )   450 Golden Gate Avenue
17                                      )   San Francisco, CA
   _____Defendant.    )
18

19         **Plaintiff submits its updated Case Management**

20 **Statement as follows:**

21         This was to be a joint statement which counsel for plaintiff mailed to defendant May

22 31, 2011, but has not heard back.  Therefore, it is submitted as plaintiff's only statement.

23         On or about April 11, 2011, defendant submitted an application for discharge of

24 student loan.  Last week it was discovered that the form that was used had been updated

25 by US Department fo Education (US-ED) and that the application must be resubmitted on

26 the updated form.  On May 31, 2011, plaintiff's counsel mailed an updated form of the

27 application for defendant to complete and resubmit.  US-ED, only, can evaluated the

28 application.  Because the granting of the application would render the matter before the

1  court moot, the parties request that the court continue the CMC set for June 8, 2011, for
2  approximately 4 weeks to allow the evaluation of the application.
3  Each party has submitted its consent to proceed before a US Magistrate.
4  The defendant's telephone number is 510-728-2052.
5  Respectfully submitted,

6  
7  June 1, 2011         _____s/s_____
                         M. COSENTINO, Counsel for the U.S.
8

9  IT IS SO ORDERED that the case management conference set for June 8, 2011 at 1:30 p.m.
   is reset for July 8, 2011 at 9:00 a.m. in Courtroom 8, 19th Floor.
10
11  _____
12  Edward M. Chen
    U.S. District Judge



1
2
3
4                    **CERTIFICATE OF SERVICE BY MAIL**
5       I am a citizen of the United States and a resident of the County of Alameda, I am
6  over the age of eighteen and not a party to the within above-entitled action; my business
7  address is: 1070 Marina Village Parkway, Suite #206, Alameda, CA 94501.
8       On June 1, 2011, I served the
9  **PLAINTIFF'S UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**
10       on the parties in said action, by placing a true copy thereof enclosed in a sealed
11 envelope with postage thereon fully prepaid, in the United States post office box at
12 Alameda, California addressed as follows:
13
   Lawrence Contreras
14 2535 Kelly Street, #7
   Hayward, CA 94541
15
16       I certify under penalty of perjury that the foregoing is true and correct.
17       Executed on June 1, 2011, at Alameda, California.
18
                                    _____s/s_____
19                                  MICHAEL COSENTINO
20
21
22
23
24
25
26
27
28

Plaintiff updated CMC Statement; U.S. v CONTRERAS CAND #  C11-0788 M EMC            3