IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE CONTRERAS,<br><br>    Defendant._____/ | No. C -11-00788 EDL<br><br>**ORDER SETTING DISPOSITIVE MOTION HEARING DATE AND VACATING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the Case Management Conference statement that was filed on September 13, 2011. Good cause appearing, the Court vacates the September 20, 2011 Case Management Conference. Plaintiff may file a dispositive motion no later than November 15, 2011 to be heard no earlier than December 20, 2011.

**IT IS SO ORDERED.**

Dated: September 15, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge